FILE COPY

Timothy M. Lynch
LYNCH & ASSOCIATES, P.C.
425 G Street, Suite 420
Anchorage, Alaska 99501
(907) 276-3222 *telephone*
(907) 278-9498 *facsimile*
tlynch@northlaw.com

Attorneys for Safeco Insurance Company of Illinois

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA ANCHORAGE

| | |
|---|---|
| Michelle L. Barling, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Safeco Insurance Company of Illinois, ) | |
| ) | |
| Defendant. ) | |
| ) Case No. Case No_____CIV ( ) | |

**NOTICE OF REMOVAL OF ACTION IN ACCORDANCE WITH
28 U.S.C. § 1337(a) and IN THE ALTERNATIVE
28 U.S.C. § 1441 BASED ON DIVERSITY**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant Safeco Insurance Company of Illinois (hereafter Safeco) hereby removes to this court the state court action described in Paragraph 1 below:

1. On or about April 14, 2010, an action was commenced in the Superior Court of the State of Alaska, Third Judicial District at Anchorage entitled *Michelle Barling v. Safeco Insurance Company*, 3AN-10-6686 CI.

Notice of Removal of Action                                                                Page 1 of 5
*Barling v. Safeco Insurance Company of Illinois*                    Case No._____ ( )

Case 3:10-cv-00098-TMB   Document 1   Filed 05/12/10   Page 1 of 5

2. Defendant, Safeco Insurance Company of Illinois through counsel voluntarily accepted service of the Complaint on May 3, 2010.

3. The Complaint alleges that on April 22, 2008 plaintiff purchased an automobile insurance policy, Policy No. H2024888 from defendant.

4. The Complaint also alleges that the policy provisions included underinsured motorist coverage.

5. The Complaint further alleges that plaintiff suffered serious bodily injuries as a result of a motor vehicle accident that occurred on January 30, 2009.

6. Plaintiff brought a suit against 2H, Inc. d/b/a Chugach Sewer and Drain and Randal D. Houck in the Superior Court Case No. 3AN-09-7252 CI.

7. Plaintiff settled her claims in that action.

8. Plaintiff has now made a claim against Safeco for underinsured motorist coverage.

9. The Complaint also alleges that Safeco has breached the terms of its insurance contract which insures plaintiff and that Safeco has acted in bad faith.

10. The complaint seeks compensatory damages in excess of $350,000 plus costs, interest and attorney fees.

11. Safeco is informed and believes, based on the allegations in the complaint, that plaintiff was at the time of the filing of this action and still is a citizen of the State of Alaska.

Lynch & Associates, P.C.
A PROFESSIONAL CORPORATION
425 G STREET, SUITE 420
ANCHORAGE, ALASKA 99501
(907) 276-3222
FAX: (907) 278-9498

12. Safeco Insurance Company of Illinois is an insurance corporation formed in accordance with the laws of the state of Illinois, having its principal place of business in Hoffman Estates, Illinois.

13. This court has original jurisdiction pursuant to 28 U.S.C. §1332.

14. As a result, this action is one which may be removed to this court pursuant to the provisions of 28 U.S.C. §1441(a) and (b).

15. Pursuant to 28 U.S.C. §1332, this is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

16. Complete diversity of citizenship exists between defendant and plaintiff.

17. For purposes of removal under 28 U.S.C. §1441, Safeco is informed and believes that the amount in controversy in this action exceeds the sum of $75,000, exclusive of interest and costs, based on allegations in plaintiff's complaint.

18. Safeco attaches copies of all state court pleadings which have been filed in this action as follows:

    A. Summons and Notice to Both Parties of Judicial Assignment;

    B. Complaint;

    C. Offer of Judgment;

    D. Entry of Appearance;

    E. Initial Pretrial Order;

Lynch & Associates, P.C.
A PROFESSIONAL CORPORATION
425 G STREET, SUITE 420
ANCHORAGE, ALASKA 99501
(907) 276-3222
FAX: (907) 278-9498

Notice of Removal of Action
Barling v. Safeco Insurance Company of Illinois    Case No. _____ ( )
Page 3 of 5

Case 3:10-cv-00098-TMB   Document 1   Filed 05/12/10   Page 3 of 5

F.  Stipulation to Amend Caption;

G.  Order Granting Stipulation to Amend Caption; and

H.  Notice to State Court of Removal.

19. This notice of removal is timely because it is within thirty (30) days of the service of plaintiff's Complaint on Safeco.

20. A notice of the filing of this Notice of Removal will be filed with the Superior Court of the State of Alaska, Third Judicial District at Anchorage and served upon the plaintiff.

21. Safeco is a legal entity incorporated in and having its principal place of business in a state other than the State of Alaska, where this action was filed, and thus removal is proper under 28 U.S.C. §1441(b).

WHEREAS, Safeco hereby removes to this court the action filed in the State of Alaska Superior Court for the Third Judicial District at Anchorage entitled *Barling v. Safeco Insurance Company of Illinois*, 3AN-10-6686 CI.

DATED at Anchorage, Alaska this 10th day of May 2010.

LYNCH & ASSOCIATES, P.C.
Attorneys for Safeco Insurance Co. of Illinois

By: _____
Timothy M. Lynch
Alaska Bar No. 7111030

Certificate of Service

I hereby certify that on the 11th day of May 2010, I caused a true and correct copy of the foregoing to be served via U.S. mail upon:

Charles Tulin
529 W. 3rd Ave.
Anchorage, AK 99501

/s/ Rylee Briske
Rylee Briske

Lynch & Associates, P.C.
A PROFESSIONAL CORPORATION
425 G STREET, SUITE 420
ANCHORAGE, ALASKA 99501
(907) 276-3222
FAX: (907) 278-9498

Notice of Removal of Action
Barling v. Safeco Insurance Company of Illinois
Case No._____ ( )
Page 5 of 5

Case 3:10-cv-00098-TMB   Document 1   Filed 05/12/10   Page 5 of 5