UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA ANCHORAGE

| | |
|---|---|
| MICHELLE L. BARLING, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| SAFECO INSURANCE COMPANY OF ILLINOIS, | ) ) ) ) |
| Defendant. | ) ) ) Case No. 3:10- cv- 00098 TMB |

**ORDER DISMISSING CASE WITH PREJUDICE**

Having taken the parties' Stipulation Dismissing the Case with Prejudice under consideration, the court hereby orders that this case is dismissed with prejudice.

DONE this 8th day of September, 2011 in Anchorage, Alaska.

/s/ Timothy M. Burgess
Honorable District Court
Timothy Burgess